FILED
CLERK, U.S. DISTRICT COURT
December 16, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| INTACT INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF LONG BEACH; STANTEC CONSULTING SERVICES, INC.; and DOES 1 to 25, Inclusive,<br><br>　　　　　Defendants.<br>_____<br><br>STANTEC CONSULTING SERVICES, INC.<br><br>　　　　　Cross-Complainant,<br>　v.<br><br>ROES 1 through 10,<br><br>　　　　　Cross-Defendants<br>_____ | CASE NO. 2:21-cv-03907-SB-SP<br>Assigned to Judge Stanley Blumenfeld, Jr.,<br><br>**ORDER GRANTING STIPULATION TO DISMISS CAUSES OF ACTION WITHOUT PREJUDICE** |

| | |
|---|---|
| 1 | On June 11, 2021, Plaintiff filed its First Amended Complaint (FAC) alleging |

On June 11, 2021, Plaintiff filed its First Amended Complaint (FAC) alleging claims for: (1) Subrogation- Negligence; (2) Subrogation- Implied Covenant of Good Faith and Fair Dealing; (3) Money Paid; and (4) Subrogation- Equitable Indemnity in this action against Defendant Stantec Consulting Services, Inc. (Stantec).  On December 6, 2021, the parties filed a stipulation to dismiss without prejudice Plaintiff's second and fourth claims against Stantec.  The Court hereby **grants** the stipulation.  Plaintiff's causes of action for (2) Subrogation- Implied Covenant of Good Faith and Fair Dealing; and (4) Subrogation- Equitable Indemnity are dismissed from Plaintiff's operative Complaint without prejudice.

**IT IS SO ORDERED.**

Dated:  December 16, 2021

Stanley Blumenfeld, Jr.
United States District Judge